REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05– 68 |
| RICHARD E. SHOEMAKER, | : |
| Defendant. | : |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about March 18, 2005, in the District of Delaware, the defendant herein, RICHARD E. SHOEMAKER, with intent to defraud, did counterfeit obligations of the United States, that is, counterfeited $20 Federal Reserve Notes, in the amount of $1,660 in counterfeit notes, in violation of Title 18, United States Code, Section 471.

### COUNT TWO

On or about May 3, 2005, in the District of Delaware, the defendant herein, RICHARD E. SHOEMAKER, with intent to defraud, did pass and sell to one Randy J. Collier counterfeited obligations of the United States, that is, counterfeited $20 Federal Reserve Notes, in the amount of $15,880 in counterfeit notes, which he then knew to be counterfeited, in violation of Title 18, United States Code, Section 472.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Adam Safwat
Assistant United States Attorney

Dated: July 14, 2005

F I L E D
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE