AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     **DELAWARE**

UNITED STATES OF AMERICA
V.
RICHARD SHOEMAKER

SUMMONS IN A CRIMINAL CASE

Case Number:    CR 05-68-UNA

(Name and Address of Defendant)

**REDACTED**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before:    Honorable Mary Pat Thynge, U.S. Magistrate Judge | 7/28/05 @ 1:00pm |

\*\* Please report to the U.S. Marshal's Service in Room# 100 by 12:00 pm.

To answer a(n)
[x] Indictment    [ ] Information    [ ] Complaint    [ ] Violation Notice    [ ] Probation Violation Petition

Charging you with a violation of Title    18    United States Code, Section(s)    471 & 472

Brief description of offense:

MANUFACTURING COUNTERFEIT NOTES;
PASSING COUNTERFEIT NOTES

FILED
JUL 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

By: _[signature]_ Deputy Clerk
Signature of Issuing Officer

7/18/2005 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: __Via cert mail__

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned __7-21-05__
Date

__DW Thomas__
Name of United States Marshal

__D Kafre__
(by) Deputy United States Marshal

Remarks:

FILED
JUL 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.