UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-068-GMS |
| | ) | |
| RICHARD SHOEMAKER, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WAIVE THE APPLICATION OF THE SPEEDY TRIAL ACT**

Defendant, Richard Shoemaker, by and through his undersigned counsel, Christopher S. Koyste, hereby moves the Court to exclude 45 days from the Speedy Trial Act calendar to allow the parties additional time to reach an agreement in this action. Counsel submits the following in support thereof:

1. Mr. Shoemaker was indicted on July 14, 2005 for counterfeiting United States currency and passing the same. Mr. Shoemaker is gainfully employed and currently released on his own recognizance.

2. Mr. Shoemaker hereby moves for the exclusion of 45 days as calculated by the Speedy Trial Act to allow the parties additional time to negotiate a potential resolution of this action. Furthermore, the Defense asserts that relief from the Speedy Trial Act, 18 U.S.C. Section 3161(c)(1), is in the interests of justice.

3. AUSA Adam Safwat does not oppose this request for a 45 day exclusion from the Speedy Trial Act.

WHEREFORE, Mr. Shoemaker respectfully requests the Court to issue an order allowing 45 days to be excluded from the Speedy Trial Act calculations.

                                                                                     /s/ Christopher S. Koyste  
                                                                                 CHRISTOPHER S. KOYSTE, ESQUIRE  
                                                                                 Assistant Federal Public Defender  
                                                                                 704 King Street, Suite 110  
                                                                                 Wilmington, Delaware 19801  
Dated: November 9, 2005                          Attorney for Richard Shoemaker

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this Motion for Continuance of Sentencing Hearing is available for public viewing and downloading and was electronically delivered on November 9, 2005 to:

Adam Safwat, Esq.
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

   /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Richard Shoemaker