UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-068-GMS |
| | ) | |
| RICHARD SHOEMAKER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Having considered Defendant's Motion to Waive the Application of the Speedy Trial Act,

**IT IS HEREBY ORDERED** this ____ day of November, 2005, that Defendant's Motion is **GRANTED** and that 45 days are excluded from the Speedy Trial Act calculations from November ____, 2005, to December ____, 2005.

_____
Judge Gregory M. Sleet

cc:   AUSA Adam Safwat
      AFPD Christopher Koyste

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this Motion to Waive the Application of the Speedy Trial Act is available for public viewing and downloading and was electronically delivered on November 9, 2005 to:

Adam Safwat, Esq.<br>
United States Attorney's Office<br>
1007 Orange Street, Suite 700<br>
Wilmington, DE 19801

  /s/ Christopher S. Koyste
Christopher S. Koyste, Esquire
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Richard Shoemaker

DATED:  November 9, 2005