UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-068-GMS |
| ) | |
| RICHARD SHOEMAKER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Having considered Defendant's Motion to Waive the Application of the Speedy Trial Act, **IT IS HEREBY ORDERED** this 10th day of November, 2005, that Defendant's Motion is **GRANTED** and that 45 days are excluded from the Speedy Trial Act calculations from November 10, 2005, to December 27, 2005.

_____
Judge Gregory M. Sleet

cc:   AUSA Adam Safwat
      AFPD Christopher Koyste



FILED

NOV 10 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE