IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-68 GMS |
| | : |
| RICHARD E. SHOEMAKER | : |

### ORDER TO EXCLUDE TIME

The defendant, Richard E. Shoemaker, was arraigned on July 28, 2005. At the time of his arraignment the defendant, through counsel, requested and received an extension until September 1, 2005, to file pretrial motions. On November 9, 2005, the government filed, and the court granted, a motion to waive the speedy trial act to and including December 27, 2005. No pretrial motions have been filed. On January 17, 2006, the government filed a letter with a proposed Plea Agreement requesting that the court schedule a change of plea hearing. A change of plea hearing has been scheduled for February 23, 2006, at 2:00 p.m. before the undersigned.

The court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendant in a speedy trial.

For the aforementioned reasons IT IS HEREBY ORDERED THAT:

The time period between December 28, 2005, and February 23, 2006, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
UNITED STATES DISTRICT JUDGE

January 18, 2006