IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-68-GMS |
| | ) |
| RICHARD E. SHOEMAKER, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and hereby moves this Honorable Court to dismiss Count Two of the Indictment as against the defendant in the above-captioned case pursuant to the memorandum of plea agreement.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Adam Safwat
Assistant United States Attorney

Dated: May 8, 2006

\* \* \*

AND NOW, upon the foregoing motion, **IT IS SO ORDERED** this ___8th___ day of May, 2006.

_____
THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

FILED
MAY 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE