IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-68 GMS |
| | : |
| RICHARD E. SHOEMAKER | : |
| | : |

**ORDER TO RETURN PASSPORT**

Upon motion of the defendant for the return of his passport made in open court during his sentencing hearing on May 8, 2006,

IT IS HEREBY ORDERED that:

The Clerk's Office is directed to return the defendant's passport.


/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

May 9, 2006