OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
CLERK OF THE COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

May 12, 2006

Richard E. Shoemaker
516 Stafford Avenue
Newark DE 19711

          RE:   United States of America
                v.
             Richard E. Shoemaker
             CR 05-68-GMS

Dear Mr. Shoemaker:

    Pursuant to the Order entered by the Honorable Gregory M. Sleet dated May 9, 2006, please acknowledge receipt of United States of America passport number 094377114, issued to the above named individual on July 22,1998 with an expiration date of July 21,2008. Said item was posted as a condition of bail in the above captioned case.

    Kindly acknowledge receipt of the passport by signing the copy of this letter.

                          Sincerely,

                          Peter T. Dalleo, Clerk

                          By: *Donna M. Seningen*
                              Donna M. Seningen
                                Deputy Clerk

Enclosure
/dms

X Received by *RICH SHOEMAKER*
May 22, 2006